IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MILLARD PERDUE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:12-CV-268-TMH |
| | ) |
| | ) |
| ANNETTE CAIN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The Magistrate Judge entered a Recommendation (Doc. # 45) in this case to which no timely objections have been filed.  After a review of the Recommendation and of the entire record, the court finds that the Recommendation is due to be adopted.  Accordingly, it is ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, that Defendants' motion to dismiss for failure of Plaintiff to exhaust administrative remedies is GRANTED, and that Defendants' motion for summary judgment on the merits is GRANTED.

A separate judgment shall issue.

DONE this 23rd day of July, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE